# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| KENNETH SAXTON, REAL PARTY IN INTEREST AND IN BEHALF OF ENS LEGIS; KENNETH SAXTON, | : | No. 150 EM 2015 |
| Petitioner | : | |
| v. | : | |
| JUDGES OF THE COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, PA, ASSIGNED TO PETITION FOR WRIT OF HABEAS CORPUS RE OCTOBER TERM 1980, NOS. 761, 764 & 765, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending petition within 90 days.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.